T.C. Memo. 2007-122


UNITED STATES TAX COURT


ANNA E. CHARLTON, Petitioner <u>v</u>.
COMMISSIONER OF INTERNAL REVENUE, Respondent


Docket No. 7987-06.                    Filed May 16, 2007.


This opinion was withdrawn by order dated
February 8, 2008.